IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PEDRO G. TRUJILLO,

        Plaintiff,

vs.                                          CIVIL NO. 10-730 LH/LFG

STATE OF NEW MEXICO et al.,

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS AND RECOMMENDED DISPOSITION

THIS MATTER came before the Court on the Magistrate Judge's Analysis and Recommended Disposition [Doc. 21], filed November 9, 2010. Plaintiff had 14 days within which to file objections. No objections were filed, and the time for doing so has expired. Plaintiff was notified that failure to file written objections within the allotted time would preclude appellate review. No objections having been filed, the Court accepts the Analysis and Recommended Disposition.

IT IS THEREFORE ORDERED that the Analysis and Recommended Disposition of the United States Magistrate Judge is adopted by the Court;

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint [Doc. 14] is granted, and that Defendants' Motion to Dismiss [Doc. 7] is granted. All of Plaintiff's claims are dismissed with prejudice, except the unknown claims against John Does which are dismissed without prejudice, and this action is hereby dismissed in its entirety.

_____
SENIOR UNITED STATES DISTRICT JUDGE